# NO. 12-15-00021-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *KEITH PATRICK MCKAY,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Relator, Keith Patrick McKay, was convicted of aggravated sexual assault, injury to an elderly individual, burglary of a habitation, and burglary of a habitation with intent to commit an assault. This Court affirmed the trial court's judgment. *See **McKay v. State***, No. 12-05-00282-CR, 2006 WL 2106981 (Tex. App.–Tyler July 31, 2006, no pet.) (mem. op., not designated for publication).

In this original mandamus proceeding, Relator complains that his trial counsel was ineffective and the DNA evidence is legally insufficient to convict him of sexual assault. Consequently, he asks that his four felony convictions be set aside. These convictions have been final for over eight years.[1] Thus, although Relator characterizes the relief he seeks as mandamus relief, he is, in substance, seeking postconviction habeas relief. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 § 1 (West Supp. 2014).

We are not authorized to act on a petition for writ of habeas corpus seeking relief from a final felony conviction. *See* TEX. GOV'T CODE ANN. § 22.221(d) (West 2004). The Texas Court of Criminal Appeals has exclusive jurisdiction over postconviction writs of habeas corpus in felony cases. TEX. CODE CRIM. PROC. ANN. art. 11.07 § 3 (West Supp. 2014). Moreover, the Texas Code of Criminal Procedure prescribes the procedure for filing a postconviction habeas

---

[1] This Court's mandate issued on November 20, 2006.

application to seek relief from a final felony conviction in a Texas court. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2014). The intermediate courts of appeals have no role in this procedure. *See **id.*** Because the court of criminal appeals has exclusive authority to grant postconviction relief from a final felony conviction, we are without jurisdiction to consider Relator's petition for writ of mandamus. Accordingly, Relator's petition for writ of mandamus is ***dismissed for want of jurisdiction***.

Opinion delivered February 27, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 27, 2015**

**NO. 12-15-00021-CR**

**KEITH PATRICK MCKAY,**
Relator
v.
**HON. PAM FLETCHER,**
Respondent

---

### ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by Keith Patrick McKay; who is the relator in Cause No. 05-CR-005, pending on the docket of the 349th Judicial District Court of Houston County, Texas. Said petition for writ of mandamus having been filed herein on January 27, 2015, and the same having been duly considered, because it is the opinion of this Court that it lacks jurisdiction, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed for want of jurisdiction**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*